UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL VICKERS, *et al.*,

    Plaintiffs,

v.

MT MORRIS TOWNSHIP, *et al.*,

    Defendants.

_____/

Case No. 19-cv-12250
Hon. Matthew F. Leitman

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF No. 50) AND (2) DISMISSING PLAINTIFFS' AMENDED COMPLAINT (ECF No. 14) WITH PREJUDICE**

In this action, Plaintiffs Michael Vickers and Jerrell Vickers bring claims against Defendants Mt. Morris Township, its police department, and various Township employees under 42 U.S.C. § 1983. (*See* Am. Compl., ECF No. 14.)

On August 17, 2022, the assigned Magistrate Judge issued a report and recommendation in which she recommended that the Court dismiss this action with prejudice due to Plaintiffs' repeated "violations of discovery rules and orders" (the "R&R"). (R&R, ECF No. 50, PageID.567.) The Magistrate Judge then described, at length, several discovery obligations and court orders that Plaintiffs had failed to comply with and/or violated. (*See id.*, PageID.568-570.) The Magistrate Judge concluded that "Given [P]laintiffs' repeated defiance of court orders and refusal to

1

comply with the discovery process, dismissal with prejudice is the only sanction that will protect the integrity of the judicial process." (*Id.*, PageID.575.)

At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.576.)

Plaintiffs have not filed any objections to the R&R. Nor have they contacted the Court asking for more time to respond to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). Likewise, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Plaintiffs have failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of this action is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Amended Complaint (ECF No. 14) is **DISMISSED WITH PREJUDICE**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 30, 2022

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2022, by electronic means and/or ordinary mail.

s/D. Tofil  
Case Manager
